In the Matter of Norman F. Lancashire, Committee, etc. Charles F. Wilcox, Special Guardian, Appellant, v. The American Surety Company, Respondent.— Motion denied on condition that the special guardian, appellant, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted. This court will not undertake to advise the special guardian as to the performance of his

duties in matters of procedure. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

In the Matter of the Application of Charles A. Marshall for Admission to the Bar.— Application granted. Present — Jenks, P..J., Burr, Thomas, Carr and Putnam, JJ.